# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RALEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOB WILLIAMS, et al.,<br><br>　　　　Defendants. | No. 2:14-CV-2652-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on July 11, 2019, and plaintiff has appealed. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith, in which case in forma pauperis status would be revoked. See 28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). Having reviewed the entire file, the court concludes in forma pauperis status should be revoked because there is no merit to plaintiff's Eighth Amendment excessive fines claim.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status should be revoked; and
2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: September 24, 2019

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE